# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3273

_____

| | | |
|---|---|---|
| Shewaferaw S. Shibeshi, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| Philander Smith College, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  May 7, 2012
Filed:  June 26, 2012

_____

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Shewaferaw S. Shibeshi appeals the district court's[1] Fed. R. Civ. P. 12(b)(6) dismissal in favor of his former employer, private entity, Philander Smith College. Having conducted de novo review of the record, and having considered the parties' submissions on appeal, this court affirms the judgment of the district court. *See* 8th Cir. R.  47B.

_____

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.